October 21, 2011

Mr. R. Lambeth Townsend
Lloyd Gosselink Blevins Rochelle & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701
Mr. Rick D. Davis Jr.
Cotton Bledsoe Tighe & Dawson, P.C.
P.O. Box 2776
Midland, TX 79702-2776

RE: Case Number: 08-0591
 Court of Appeals Number: 11-07-00009-CV
 Trial Court Number: 4402

Style: ROLLING PLAINS GROUNDWATER CONSERVATION DISTRICT
 v.
 CITY OF ASPERMONT, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Belinda Page |
| |Ms. Sherry Williamson |
| |Mr. Gregory M. Ellis |
| |Ms. Monique Milisci |
| |Norman |
| |Mr. Thomas R. Phillips |